UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE WINSTROM, individually and on behalf of his marital community,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br>NOVELL, INC., a Delaware corporation,<br>　　　　　　　　　Defendant. | No. C05-0294L<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On January 31, 2006, Lee Winstrom filed a memorandum with related documents that, taken as a whole, exceeds 50 pages in length (Dkts. # 10–12). As of this date, a courtesy copy of these documents has not been provided for chambers. Winstrom is hereby ORDERED to show cause why he should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 5) and the "Minute Order Setting Trial & Related Dates" (Dkt. # 7). Winstrom shall immediately deliver a paper copy of the documents filed on January 31, 2006, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office. Winstrom shall respond to this order to show cause no later than five days from the date of this Order.

DATED this 6th day of February, 2006

　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　United States District Judge

ORDER TO SHOW CAUSE