UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE WINSTROM, individually and on behalf of his marital community,<br><br>       Plaintiffs,<br>  v.<br><br>NOVELL, INC., a Delaware corporation,<br><br>       Defendant. | No. C05-0294L<br><br>ORDER VACATING ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On January 31, 2006, Lee Winstrom filed a memorandum with related documents that, taken as a whole, exceeded 50 pages in length (Dkts. # 10–12). On February 6, 2006, this Court issued an order to show cause why Winstrom should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 5) and the "Minute Order Setting Trial & Related Dates" (Dkt. # 7). Winstrom subsequently submitted the courtesy copy, and the order to show cause is HEREBY VACATED.

DATED this 8th day of February, 2006

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING
ORDER TO SHOW CAUSE