UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEE WINSTROM, individually and on behalf of his marital community,

    Plaintiff,

v.

NOVELL, INC., a Delaware corporation,

    Defendant.

Case No. C05-294RSL

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF LEE WINSTROM , and on behalf of DEFENDANT in the amount of $598.55 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   COPYING FEES | $132.75 | $105.75 | $27.00 |

Costs incurred for general copying are not taxable. Only copying costs directly associated with summary judgment motion will be allowed. It is decision of the clerk that 20% of the total costs requested represents the portion of copying costs directly related to the filing of the motion.

| II.  KING COUNTY RECORD | $21.25 | 0 | $21.25 |
|---|---|---|---|
| III. MESSENGER SERVICE FEES | $133.00 | $133.00 | 0 |

Costs for service are not taxable.

| IV. DEPOSITION COSTS | $300.30 | 0 | $300.30 |
|---|---|---|---|

Total cost for deposition will be allowed as long as portion was actually used by one of the parties.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| V. REMOVAL FEE | $250.00 | 0 | $250.00 |

Dated this ___30th___ day of JUNE, 2006 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2